M. DAVID KNOWER, Respondent, v. FRANK M. ATKINS, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

DIARMID CAMPBELL-JOHNSTON v. LIBERTY MAGAZINE, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 894.]

JOSEPH FRIEDMAN v. CHARLES L. ENGLISHER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See ante, p. 929.]

CHARLES H. JONES, as Trustee under a Trust Agreement, on Behalf of Himself and All Other Holders of Common Stock of Adams Express Company, Similarly Situated, and FREDERICK E. HAAGE et al., Copartners Doing Business as HAAGE & COMPANY, Interveners, v. GEORGE P. HEALY, as Treasurer of Adams Express Company, a Joint-Stock Association, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ. [See ante, p. 895.]

SOCIEDADE INTERCAMBIO MERC. ARG. BRASILEIRA v. IRVING HERMAN, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 923.]

EDITH E. CLARK v. CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under Deed of Trust between JAMES F. A. CLARK and CENTRAL HANOVER BANK AND TRUST COMPANY, et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See ante, p. 925.]

HOWLAND H. PELL, JR., as Executor of MARY W. BUEL, Deceased, v. J. WATSON WEBB.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Peck, JJ. [See ante, p. 801.]

In the Matter of ANNA KALTMAN, an Incompetent Person. JACOB GOLDBERG et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See ante, p. 930.]

ALEXANDER SHANIK et al., on Their Own Behalf and on Behalf of All Holders of Participating Stock of Empire Power Corporation, v. EMPIRE POWER CORPORATION et al. KENNETH F. CLARK et al., Holders of $2.50 Cumulative Participating Stock of Empire Power Corporation, on Behalf of Themselves and All Other Stockholders, Similarly Situated, and on Behalf of the Said Empire Power Corporation, v. EMPIRE POWER CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See ante, p. 925.]

HERBERT D. ADLER v. PILOT INDUSTRIES, INC., et al., and BERNARD SCHWARTZ. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See ante, p. 924.]